# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

EILEEN EPSTEIN, Individually And On Behalf of All Others Similarly Situated

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

TYSON FOODS, INC., a Delaware corporation

CV 08 2800 MMC

TO: (Name and address of defendant)

TYSON FOODS, INC., a Delaware corporation: 2210 W. Oaklawn Drive, CP 131, Springdale, AZ 72762

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric Gibbs
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JUN 4 2008
DATE

Helen L. Almacen
(BY) DEPUTY CLERK