Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Amanda M. Steiner (State Bar No. 190047)
as@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff Eileen Epstein

ORIGINAL FILED
08 JUN -4 PM 4:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN EPSTEIN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TYSON FOODS, INC., a Delaware corporation, <br><br> Defendant. | CIVIL ACTION NO. _____ <br> CV 08 2800 MMC <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> CLASS ACTION |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 4, 2008

Respectfully submitted,

**GIRARD GIBBS LLP**

By: _____
Eric H. Gibbs

Amanda M. Steiner
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff Eileen Epstein

- 1 -