Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Amanda M. Steiner (State Bar No. 190047)
as@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Plaintiff Eileen Epstein

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EILEEN EPSTEIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TYSON FOODS, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO. CV-08-2800<br><br>**PROOF OF SERVICE re PROOF OF SERVICE OF COMPLAINT**<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

- 1 -

**PROOF OF SERVICE re PROOF OF SERVICE OF COMPLAINT    CV-08-2800**

I, Angeline C. Ellis, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, 601 California Street, 14th Floor, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On June 25, 2008, I served the following documents:

**1. PROOF OF SERVICE re PROOF OF SERVICE OF COMPLAINT**

on:

*No Counsel for Defendant as of June 25, 2008*

_  by placing the documents listed above for collection and mailing them following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth above.

**XX**  By ECF (Electronic Case Filing): I e-filed the above-detailed document utilizing the United States District Court, Southern District of New York's mandated ECF service on June 25, 2008. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed June 25, 2008, at San Francisco, California.

\_\_\_/S/_____
Angeline C. Ellis

- 2 -
**PROOF OF SERVICE re PROOF OF SERVICE OF COMPLAINT    CV-08-2800**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108<br>ATTORNEY FOR  PLAINTIFF | 415 981-4800<br><br>Ref. No. or File No.<br>TYSON:334 | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
EPSTEIN v. TYSON FOODS, INC.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 199645 | | | | CV 08-2800 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS; CLASS ACTION COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF VIOLATION OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT AND DEMAND FOR RELIEF; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PUBLIC NOTICE; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; EFC REGISTRATION INFORMATION HANDOUT.

2. a. Party served:   TYSON FOODS, INC., a
                      Delaware corporation by serving its Agent for Service of
                      Process CT CORPORATION SYSTEMS, INC.
   b. Person served: JUAN DE PABLO
                     Clerk
   c. Address:
                818 W SEVENTH ST 2ND FL.
                LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 06/13/08 (2) At: 10:44AM

5. Person serving: KYLE GLEASON            Fee for service $       .00


APEX ATTORNEY SERVICES                d.  Registered California process server
1055 WEST SEVENTH STREET              (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017                 (2) Registration No. 3104
213-488-1500 FAX                      (3) County: LOS ANGELES
                                      (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 06/13/08                  >
                                         SIGNATURE