1  **Timothy T. Scott (SBN 126971)**
   **tscott@sidley.com**
2  **Robert B. Martin (SBN 235489)**
   **rbmartin@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 California Street, Suite 2000**
4  **San Francisco, California  94104**
   **Telephone:    (415) 772-1200**
5  **Facsimile:     (415) 772-7400**

6  **Attorneys For Defendant TYSON FOODS, INC.**

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| EILEEN EPSTEIN, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TYSON FOODS, INC., a Delaware )<br>corporation, )<br>)<br>Defendant. )<br>) | Civil Action No. CV-08-2800 MMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER – CASE NO. CV-08-2800 MMC**

**STIPULATION**

WHEREAS, on June 8, 2008, plaintiffs filed a Class Action Complaint in this action;

WHEREAS, on June 13, 2008, plaintiffs served Defendant with the complaint, thus setting July 3, 2008 as the last day for Defendant to file a responsive pleading to the complaint, *see* Fed. R. Civ. P. 12;

WHEREAS, because of the complexity of the factual and legal issues presented in the complaint, Defendant needs additional time beyond July 3, 2008 to investigate properly the allegations made in the complaint and prepare an appropriate responsive pleading;

WHEREAS, the parties have met and conferred regarding Defendant's request to extend the time to file a responsive pleading to the complaint to July 25, 2008, and counsel for plaintiffs stipulates to the extension proposed herein;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the last day for Defendant to file a responsive pleading to the complaint is July 25, 2008.

Respectfully submitted,

Dated: July 1, 2008                    SIDLEY AUSTIN LLP

By: /s/ Timothy T. Scott
    Timothy T. Scott
    Attorneys For Defendant Tyson Foods, Inc.

Dated: July 1, 2008                    GIRARD GIBBS LLP

By: /s/ Eric H. Gibbs
    Eric H. Gibbs
    Attorneys for Plaintiff Eileen Epstein

### [**PROPOSED**] **ORDER**

Upon stipulation of the parties, and good cause appearing, the last day for Defendant to file a responsive pleading to the complaint is July 25, 2008.

IT IS SO ORDERED.

Dated: July ____, 2008

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling Order.  In compliance with General Order 45.X.B., I hereby attest that each of the other signatories has concurred in this filing.

Dated:  July 1, 2008                                SIDLEY AUSTIN LLP

By: /s/ Timothy T. Scott
Timothy T. Scott
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile:  415-772-7400

Attorneys for Defendant Tyson Foods, Inc.