# FRIEDMAN LAW GROUP LLP

270 Lafayette Street, 14ᵗʰ Floor  New York, New York 10012-3327
tel. 212 680.5150    fax. 646 277.1151    www.flgllp.com



July 9, 2008

<u>Via First Class Mail</u>

ALL COUNSEL

**Re:**   *In re Tyson Foods "Raised Without Antibiotics" Consumer Litigation*
*MDL 1982*          *C08 02800 MMC*

Dear Counsel:

Enclosed please find the Revised Certificate of Service, filed today with the J.P.M.L. by Friedman Law Group LLP on behalf of Plaintiffs Mariko Cohen, Monique Gilles, Kenneth Michael Freeman, Shannon Zimmerman, Elizabeth Guard, John Zukowsky, Lynne Zukowsky, Nkendilim Okeke, and Jokubus Ziburkus.

Please feel free to contact me if you need further assistance.

Sincerely,

Aaron Patton/SF

Encl.

## REVISED CERTIFICATE OF SERVICE

I, Aaron D. Patton, on behalf of Plaintiffs Mariko Cohen, Monique Gilles, Kenneth Michael Freeman, Shannon Zimmerman, and Elizabeth Guard, hereby certify that I caused a true and correct copy of the Revised Certificate of Service to be served on the Panel, the Courts, all Counsel and/or Parties of record listed below on July 9, 2008. I also certify that I caused true and correct copies of the following documents to be served on Helen Jaffe on July 9, 2008, via Federal Express:

- Plaintiffs' Motion to Transfer for Consolidation or Coordination to the to the Eastern District of Arkansas Pursuant to 28 U.S.C. §1407;
- Memorandum of Law in Support of Plaintiffs' Motion to Transfer for Consolidation or Coordination to the Eastern District of Arkansas Pursuant to 28 U.S.C. § 1407;
- Appendix of Exhibits to Plaintiffs' Motion to Transfer for Consolidation or Coordination to the Eastern District of Arkansas Pursuant to 28 U.S.C. § 1407;
- Plaintiffs' Oral Argument Statement; and,
- Revised Certificate of Service.

## COURTS

Clerk of Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Telephone:    (415) 522-2000

Clerk of Court
U.S. District Court
Eastern District of Arkansas
600 West Capitol Avenue
Little Rock, AR 72201
Telephone:    (501) 604-5351

Clerk of Court
U.S. District Court
District of New Jersey – Newark
4015 MLK Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
Telephone:    (973) 645-3730

Clerk of Court
U.S. District Court
Western District of Washington – Tacoma
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402
Telephone:    (253) 882-3800

Clerk of the Court
U.S. District Court
District of Maryland – Baltimore
101 W. Lombard Street
Baltimore, MD 21201
Telephone:    (410) 962-2600

Clerk of Court
U.S. District Court
Western District of Arkansas – Texarkana
500 North State Line Avenue, Room 302
Texarkana, AR 71854
Telephone:    (870) 773-3381

## DEFENDANT

Robert W. George
L. Bryan Burns
Office of the General Counsel
Tyson Foods, Inc.
2210 West Oakland Drive
Springdale, AR  72762

Michael W. Davis
Theodore R. Scarborough
Kara L. McCall
Elizabeth M. Chiarello
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:    (312) 853-7000
Facsimile:    (312) 953-7036

Steven W. Quattlebaum
E.B. Chiles IV
QUATTLEBAUM, GROOMS, TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone:    (501) 379-1700

Helene D. Jaffe
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8572
Facsimile: (212) 310-8007
**Counsel for Defendant Tyson Foods, Inc.**

## PLAINTIFFS' COUNSEL IN RELATED ACTIONS

Daniel C. Girard
Eric H. Gibbs
Amanda M. Steiner
Alex C. Turan
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:    (415) 981-4800
Facsimile:    (415) 981-4846
**Counsel for Plaintiffs Eileen Epstein,
Norman Cutsail, Mary Cutsail, Denise Court,
and Diane Wright**

James P. Ulwick
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
Telephone:    (410) 752-6030
Facsimile:    (410) 539-1269
**Counsel for Plaintiffs Norman Cutsail
and Mary Cutsail**

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS, LLC
8 Kings Highway West
Haddonfield, NJ 08033
Telephone:    (856) 795-9002
Facsimile:    (856) 795-9887
**Counsel for Plaintiff Diane Wright**

Scott E. Poynter
Chris D. Jennings
Gina M. Cothern
EMERSON POYNTER LLP
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201
Telephone:    (501) 907-2555
Facsimile:    (501) 907-2556

John G. Emerson, Jr.
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone:    (281) 488-8854
Facsimile:    (281) 488-8867
**Counsel for Plaintiff Mary F. Wilson
and Johnnie M. Gupton**

Andrew N. Friedman
Richard S. Lewis
James J. Pizzirusso
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, Suite 500W
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699

Frederick S. Longer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:    (215) 592-1500
Facsimile:    (215) 592-4663
**Counsel for Plaintiffs Marcia Kranish, Michele Rehkop,
Karenlee Anderson-Smith and Ginny Turner**

Beth E. Terrell
Toby J. Marshall
Jennifer Rust Murray
TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, WA 98103
Telephone:    (206) 816-6603
Facsimile:    (206) 350-3528
**Counsel for Plaintiff Denise Court**

James C. Wyly
Sean F. Rommel
PATTON ROBERTS PLLC
2900 St. Michael Drive, Suite 400
Post Office Box 6128
Texarkana, TX 75505
Telephone:    (903) 334-7000
Facsimile:    (903) 334-7707

Jeremy Y. Hutchinson
Jack T. Patterson, II
PATTON ROBERTS PLLC
111 Center Street, Suite 1315
Little Rock, AR  72201
Telephone:     (501) 372-3480
Facsimile:     (401) 372-3488
**Counsel for Plaintiffs Rosalyn
Mize and Linda Latimer**

Dated:  July 9, 2008

**FRIEDMAN LAW GROUP LLP**

By:      _____

Aaron D. Patton
270 Lafayette Street, 14th Floor
New York, NY  10012
Telephone:     (212) 680-5150
Facsimile:     (646) 277-1151

**Counsel for Plaintiffs Plaintiffs
Plaintiffs Mariko Cohen, Monique
Gilles, Kenneth Michael Freeman,
Shannon Zimmerman, Elizabeth
Guard, John Zukowsky, Lynne
Zukowsky, Nkendilim Okeke, and
Jokubus Ziburkus**