1 | Daniel C. Girard (State Bar No. 114826)
2 | Amanda M. Steiner (State Bar No. 190047)
  | Alex C. Turan (State Bar No. 227273)
3 | **GIRARD GIBBS LLP**
  | 601 California Street, Suite 1400
4 | San Francisco, CA 94108
  | Telephone: (415) 981-4800
5 | Facsimile: (415) 981-4846

6 | Attorneys for Plaintiff Eileen Epstein

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN EPSTEIN, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. CV-08-2800 MMC |
| Plaintiff, | **AFFIDAVIT OF PLAINTIFF'S COUNSEL PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(c)** |
| v. | |
| TYSON FOODS, INC., a Delaware corporation, | CLASS ACTION |
| Defendant. | JURY TRIAL DEMANDED |

**AFFIDAVIT OF PLAINTIFF'S COUNSEL PURSUANT TO CAL. CIV. CODE § 1780(C)**

I, Amanda M. Steiner, declare as follows:

1. I am a partner at Girard Gibbs LLP, co-counsel for Plaintiff in this action. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this affidavit on behalf of the Plaintiff and in support of the First Amended Class Action Complaint, which alleges violations of the Consumer Legal Remedies Act, California Civil Code Section 1780, *et seq.*

3. Defendant Tyson Foods, Inc. does business in San Francisco County, and a substantial part of the events or omissions giving rise to the claims occurred in San Francisco County.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2008 at San Francisco, California.

                                                                                                                                /S_____

                                                          Amanda M. Steiner

**AFFIDAVIT OF PLAINTIFF'S COUNSEL PURSUANT TO CAL. CIV. CODE § 1780(C)**

# CERTIFICATE OF SERVICE

I, Angeline C. Ellis, hereby certify that on July 15, 2008, I filed the following document(s):

**AFFIDAVIT OF PLAINTIFF'S COUNSEL PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(c)**

By ECF (Electronic Case Filing): I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF service on July 15, 2008. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, CA  July 15, 2008

                                                                /S/ Angeline C. Ellis